Henry M. Lee, Bar No. 156041
HENRY LEE, LAW OFFICE
3731 Wilshire Boulevard, Suite 312
Los Angeles, California 90010
(213) 382-0955 Telephone
(213) 382-0956 Facsimile

Attorneys for Plaintiff
Amir Pirouzian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMIR PIROUZIAN, an individual, | CASE NO.: 2:20-cv-00010-GW-AS |
| Plaintiff, | (Hon. George Wu) |
| vs. | **DECLARATION OF HENRY M. LEE** |
| CHILDREN SPECIALISTS OF SAN DIEGO, business entity of unknown organization; NORTHWESTERN MUTUAL INSURANCE COMPANY, a business entity of unknown organization; and DOES 1-100, inclusive, | |
| Defendants. | |

-1-
Declaration of Henry M. Lee
Case No.:2:20-cv-00010-GW-AS

# DECLARATION OF HENRY M. LEE

I, Henry M. Lee, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am the principal of Henry Lee, Law Office, attorney of record for Plaintiff. I have personal knowledge of the facts set forth herein and if called upon to testify, could and would competently testify thereto.

2. On January 28, 2020, I had a face to face meet and confer with Elise Klein, counsel for Defendant Children's Specialists of San Diego; Martin Rosen and Ophir Johna, counsel for Defendant The Northwestern Mutual Life Insurance Company.

3. At the meet and confer session, we discussed the removal and motion to remand. The parties even stipulated, tentatively, that the Motion to Remand could be filed at a later date.

4. The issues on remand, including that Plaintiff was not asserting any claims within the scope of the ERISA complete preemption section. Further, we discussed that Plaintiff was only seeking a declaration of rights and findings as to the relationship between Plaintiff and his employer and Plaintiff and the carrier, relative to any private findings of fraud.

5. I also provided counsel some of my case authority for the remand, and was not able to resolve the remand issue.

-2-
Declaration of Henry M. Lee
Case No.:2:20-cv-00010-GW-AS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 31, 2020 at Los Angeles, California.

_____
Henry M. Lee
Attorney for Plaintiff Amir Pirouzian